NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6336
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IN RE: SEARCH WARRANT OF PREMESIS KNOWN AS:<br><br>Apple iPhone (6s Plus), Model A1634, White with Cracked Screen | Case No.: 2:16-mj-420-NJK<br><br>ORDER GRANTING MOTION TO UNSEAL SEARCH WARRANT |

COMES NOW the United States of America, by and through its attorneys, NICHOLAS A. TRUTANICH, United States Attorney, District of Nevada, Kimberly M. Frayn, Assistant United States Attorney, Las Vegas, Nevada, and represents to the Court that on or about June 9, 2016, this Court issued a search warrant related to an investigation conducted by the Federal Bureau of Investigation Task Force of concerning suspected violations of federal laws. On or about the same date, this Court placed the affidavit in support of the search warrant under seal until further order of the Court in order to protect the integrity of the ongoing investigation. Subsequently, the warrant was executed.

On or about May 29, 2019, a federal criminal complaint issued against JUSTIN LEE TRIPP in case number 2:19-mj-394-NJK. Counsel for the named defendant in case number 2:19-mj-394-NJK has requested discovery in connection with the criminal prosecution in that case. The search warrant and supporting affidavit are relevant to that case, and the United States Attorney's Office for the District of Nevada seeks permission to produce the search warrant and supporting affidavit to the defendant charged in connection with case number 2:19-mj-394.

WHEREFORE, the Government moves that this Court order the unsealing of the affidavit in support of the search warrant in this matter so that the government can produce the search warrant and its supporting affidavit to the defense in case number 2:19-cr-394.

DATED: This 23rd day of June, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

IT IS SO ORDERED.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: June 25, 2020.